The St. Joseph Fire & Marine Insurance Company v. Harlan, *Appellant*.

**Practice.** If the reply fails to deny allegations of the answer, which, if true, are sufficient to defeat the action, defendant should avail himself of the omission in proper time. It will be too late after verdict and judgment.

*Appeal from Andrew Circuit Court.*—Hon. H. S. Kelley,
Judge.

Affirmed.

*H. E. Barnard* for respondent.

*Heren & Son* and *Rea & Williams* for appellants.

Norton, J.—This case is here on appeal of defendants
from a judgment of the Andrew circuit court, and as there
is no bill of exceptions in the case, we are confined to an
examination of the record proper for discovery of error.
The record proper, which consists of the petition, sum-
mons, subsequent proceedings, verdict and judgment, dis-
closes no error. The petition states a cause of action which
supports the judgment rendered. It is insisted, however,
by counsel, that as the replication of plaintiff does not
deny one of the defenses set up in the answer alleging
facts sufficient to defeat a recovery, the judgment should,
for that reason, be reversed. Supposing it to be true, as
claimed, that the replication does not fully traverse the
allegations of the answer, yet as the record shows the par-
ties went to trial without defendants' excepting to the suf-
ficiency of the replication, without making any motion to *non
pros* the plaintiff, and without asking that the allegations of
the answer, which were undenied, should be taken as confess-
ed, it is too late after verdict and judgment to make the ob-
jection, and for the first time to urge it here. *Howell v.
Reynolds County*, 51 Mo. 154; *Henslee v. Cannefax*, 49 Mo.
290. Judgment affirmed, in which all the judges concur.